UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE FEDERAL REPUBLIC OF NIGERIA; ABUBAKAR MALAMI, THE ATTORNEY GENERAL OF THE FEDERAL REPUBLIC OF NIGERIA<br><br>　　　　　　　　　Applicants,<br><br>VR ADVISORY SERVICES, LTD.; VR ADVISORY SERVICES (USA) LLC; VR CAPITAL GROUP, LTD.; VR GLOBAL ONSHORE FUND, L.P.; VR ARGENTINA RECOVERY ONSHORE FUND II, L.P.; RICHARD DIETZ; JEFFREY JOHNSON; and ASHOK RAJU,<br><br>　　　　　　　　　Respondents. | Civ. Action No. 1:20-mc-209<br><br>**<u>ORDER</u>** |

　　　　Upon consideration of the *ex parte* application submitted by The Federal Republic of Nigeria and the Honorable Abubakar Malami, the Attorney General of the Federation and Minister of Justice of Nigeria (collectively, the "Applicants") for an order pursuant to 28 U.S.C. Section 1782 to conduct discovery for use in a foreign proceeding, and the accompanying memorandum of law, the Declaration of Alexander D. Pencu, Esq., and the Declaration of Attorney General Malami,

　　　　IT IS HEREBY ORDERED that:

1. The application for discovery from VR Advisory Services, Ltd. ("VR Advisory"), VR Advisory Services (USA) LLC  ("VR Advisory USA"), VR Capital Group, Ltd. ("VR Capital"), VR Global Onshore Fund, L.P. ("VR Onshore"), VR Argentina Recovery Onshore Fund II, L.P. ("VR Argentina"), and directors and officers Richard Dietz, Jeffrey Johnson, and Ashok Raju (collectively "VR Respondents") pursuant to 28 U.S.C. Section 1782 is granted;

2. The Applicants are authorized to take discovery relating to the issues identified in its application from VR Respondents in accordance with the Federal Rules of Civil Procedure and the Rules of this Court, including by serving on VR Respondents a subpoena duces

-2-

tecum for a deposition and the production of the documents listed in the form subpoenas attached as Exhibits 1 - 8 to the Declaration of Alexander D. Pencu, Esq.;

3. VR Respondents are hereby directed to comply with the subpoena in accordance with the Federal Rules of Civil Procedure and the Rules of this Court;

4. Alexander D. Pencu of Meister Seelig & Fein, LLP is hereby appointed to issue, sign and serve the subpoenas upon VR Respondents; and

5. This Court shall retain such jurisdiction as is necessary to effectuate the terms of such subpoenas.

Dated: May 14, 2020
      New York, NY

SO ORDERED.

        *Paul A. Engelmayer*
        PAUL A. ENGELMAYER
        United States District Judge