# MANDATE

## UNITED STATES COURT OF APPEALS
## FOR THE
## SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 24th day of February, two thousand twenty-two,

Before:      Gerard E. Lynch,
                 Susan L. Carney,
                 Richard J. Sullivan,
                      *Circuit Judges*.

_____

The Federal Republic of Nigeria, Abubakar Malami, The Attorney General of the Federal Republic of Nigeria,

        Applicants - Appellants,

v.

VR Advisory Services, Ltd., VR Advisory Services (USA) LLC, VR Capital Group, Ltd., VR Global Onshore Fund, L.P., VR Argentina Recovery Onshore Fund II, L.P., Richard Dietz, Jeffrey Johnson, Ashok Raju,

        Respondents - Appellees.

_____

**AMENDED JUDGMENT**

Docket No. 20-3909

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: Mar 17 2022

The appeal in the above captioned case from an order of the United States District Court for the Southern District of New York was argued on the district court's record and the parties' briefs. Upon consideration thereof,

IT IS HEREBY ORDERED, ADJUDGED and DECREED that the judgment of the district court is VACATED and the case is REMANDED for further consideration of Nigeria's application consistent with this Court's opinion.

For the Court:
Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit



MANDATE ISSUED ON 03/17/2022