UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------ X
THE FEDERAL REPUBLIC OF NIGERIA, et al.,

                                  Applicants,             20 Misc. 209 (LGS)

              -against-                                  ORDER

VR ADVISORY SERVICES, LTD., et al.,

                                Respondents.
------------------------------------------------------------------ X

LORNA G. SCHOFIELD, District Judge:

WHEREAS, a telephonic conference is scheduled in this action for October 12, 2022, at 4:00 P.M.  It is hereby

**ORDERED** that the telephonic conference scheduled for October 12, 2022, at 4:00 P.M., is **adjourned** to **October 12, 2022, at 5:15 P.M.**, on the following conference line: 888-363-4749, access code: 558-3333.

Dated: October 12, 2022
        New York, New York

                                                  LORNA G. SCHOFIELD
                                                UNITED STATES DISTRICT JUDGE