UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------ X
THE FEDERAL REPUBLIC OF NIGERIA, et al.,

                                             Applicants,          20 Misc. 209 (LGS)

                  -against-                          ORDER

VR ADVISORY SERVICES, LTD., et al.,

                                          Respondents.
------------------------------------------------------------------ X

LORNA G. SCHOFIELD, District Judge:

WHEREAS, a telephonic conference was held on October 12, 2022, at 5:15 P.M. It is hereby

**ORDERED** that, by **October 21, 2022,** the parties shall file a joint letter with proposed next steps in this action.

Dated: October 13, 2022
       New York, New York

                                                          LORNA G. SCHOFIELD
                                                 UNITED STATES DISTRICT JUDGE